```
1   Eric Bensamochan, Bar #255482
    The Bensamochan Law Firm
2   30851 Agoura Rd # 114
    Agoura Hills, Ca 91301
3   818-907-5866  (FAX) 818-461-5959
    ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC | ) |
| Plaintiff,      vs. | ) Case No.: 5:10-CV-00643-WDK-FMO |
| OMAR DURAN,  et al, | ) **RENEWAL OF JUDGMENT** |
| | ) BY CLERK |
| Defendant, | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant, Omar Duran, individually and d/b/a La Pizza Loca and Mariana Cruz, individually and d/b/a La Pizza Loca, entered on April 6, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 3,720.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | **$** | **3,720.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **3,720.00** |
| f. | Interest after judgment(.30%) | $ | 108.97 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **3,828.97** |

Dated: January 8, 2021            CLERK, by _Sharon Hall Brown_
                                  Deputy
                                  Kiry A. Gray,
                                  Clerk of U.S. District Court

Renewal of Judgment